NAME: KUANTAY WILLIAMS
PRISON NUMBER: BV1467
PLACE OF CONFINEMENT: Wasco State Prison
ADDRESS: 701 Scofield Ave. P.O. Box 4400, Wasco, CA 93280

**FILED**
Jul 12 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ BreanneChandler  DEPUTY

# United States District Court
## Southern District Of California

KUANTAY G. WILLIAMS,
(FULL NAME OF PETITIONER)
Petitioner

v.

Heather Shirley,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER, E.G. PAROLE OFFICER)
Respondent

and

The Attorney General of the State of California, Additional Respondent.

Civil No. '23CV1320 LL   KSC
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2241

1. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Superior Court of California Court of Los Angeles County Van Nuys
   (b) Docket or case number (if you know): LA096536
   (c) Date of sentencing: May 5th, 2023
   ☐ Being held on immigration charge
   ☐ Other (explain): _____

2. Are you currently being held on orders by:
   ❑ Federal authorities   ☒ State authorities   ❑ Other - explain: _____

3. What are you challenging in this petition:
   ❑ How your sentence is being carried out, calculated, or credited by prison or parole authorities
   ❑ Pretrial detention
   ❑ Immigration detention
   ❑ Detainer
   ☒ The validity of your conviction or sentence as imposed
   ❑ Disciplinary proceedings
   ❑ Other (specify): _____

4. Provide more information about the decision or action you are challenging:
   (a) Name and location of the court or agency: SUPERIOR COURT OF CALIFORNIA County OF LOS ANGELES, VAN NUYS COURTHOUSE
   (b) Case number, docket number or opinion number (if you know): LA 096536
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): THE Validity OF CONVICTION OR SENTENCE AS Imposed Where by the Defendant Can show Valid proof of Violation of Constitutional Right(s); 5th 6th and 14th amendments
   (d) Date of the decision or action: 5/5/2023

5. Did you **appeal** the decision, file a grievance or seek an administrative remedy?
   ❑ Yes  ☒ No

   (a) If your answer to 5 was "Yes," give the following information:

       (1) Name of court, agency or authority: _____
       (2) Date of filing: _____
       (3) Case number, docket number or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

(b) If your answer to 5 was "No," explain why you did not appeal: I was told by Counsel Paul J. Cohen that he would file on my behalf

6. After the first appeal, did you file a **second appeal** to a higher authority, court or agency?

☐ Yes ☒ No

(a) If your answer to 6 was "Yes," give the following information:

(1) Name of court, agency or authority: _____

(2) Date of filing: _____
(3) Case number, docket number or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) If your answer to 5 was "No," explain why you did not appeal: I now seek to make the Court aware of the Ineffective Counsel and misrepresentation and Constitutional Violations)

7. After the second appeal, did you file a **third appeal** to a higher authority, agency or court?

☐ Yes ☒ No

(a) If your answer to 7 was "Yes," give the following information:

(1) Name of court, agency or authority: _____

(2) Date of filing: _____
(3) Case number, docket number or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) If your answer to 7 was "No," explain why you did not appeal: Have not been given the proper preperational chance

8. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available court remedies as to each ground on which you request action by the federal court. Moreover, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.
   You should *raise in this petition all available grounds* on which you base your allegations that you are being held in custody unlawfully.

GROUND ONE: Ineffective Counsel and Misrepresentation

(a) Supporting FACTS (state *briefly* without citing cases or law) Representing Counsel Paul J. Cohen refused to file proper motions on my behalf. Counsel also did not file appeal within the proper time awarded by Court limitation and legislation. There was a Demurrer to argue Strike allegations that was not attacked by my Counsel though it was drawn up and brought forth by last Counsel. There were Three (3) Motions filed by Defendant on his own behalf of self, though, Counsel did not file them after being told to.

(b)  Did you present Ground One in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND TWO:** Violation of Due Process on behalf of Counsel for defendant

(a) **Supporting FACTS** (state *briefly* without citing cases or law): I was to be represented to the best ability of my choosing in Order to be Successful. Meaning, Motions I wanted to be filed was not filed and went ignored by my Counsel. Hindering me from proper preperation for Trial and/or other Legal Outcome. I have a RIGHT To be represented the way I choose and See fit. Though, Step by Step, printed transcript hold Contrary Evidence to the truth of this Ground Two Violation

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☒ No

**GROUND THREE:** Violation of due process on behalf of the Courts

(a) **Supporting FACTS** (state *briefly* without citing cases or law): 1) Demurrer filed by Defendants 1st Counsel was not allowed to be heard in Refiled Case. 2) Notice of Exculpatory Evidence was filed by Defendant while in "Proper Status" on the Date of 8/22/2022 to be heard on following Court date which was 9/14/2022 and that motion of Exculpatory Evidence was not heard and further Overlooked and Ignored by the Court. Following, (3) On the Date of 4/18/23 Defendant was allowed to hand over and file a Number # of Two (2) motions, "Request By Petitioner" and "Motion 995 Dismissal", though was told they would not be heard, that they will only be heard if filed by Defendant Attorney. (4) No Indictment by way of Grand Jury was produced for the defendant once asked for on the record verbally, and in filed request on 4/18/2023

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☒ No

**GROUND FOUR:** Negligence of the Court to adhere to proper preperation of Fair procceeding and "proper status" awarded to Defendant In Custody

(a) **Supporting FACTS** (state *briefly* without citing cases or law): I was never given the Capacity to attend Law library while housed in Custody, I was never awarded the Legal amenities and accommadations that is to properly prepare for a Fair procceeding and the Court did not exhaust all remedies to see to it that my RIGHT were protected and adhered to while in "Proper Capacity"

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☒ No

9. If any of the grounds listed in 4A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not presented, and give your reasons for not presenting them:

None of these grounds were stated due to Defendants counsel not filing appeal on Defendants behalf, as

_discussed with Counsel before the Conclusion of Sentencing_

10. Do you have any petition or appeal now pending in any court, either state or federal, as to the execution of sentence under attack?
    ☐ Yes  ☒ No

11. Give the name and address, if known, of each attorney who represented you in the following stages of the execution of sentence attacked herein:

    (a) In any post-conviction proceeding _None_

    (b) On appeal from any adverse ruling in a post-conviction proceeding _None_

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_6/26/2023_                      _Kuantay Williams_
     (DATE)                    SIGNATURE OF PETITIONER

-8-



Return Address
**Wasco State Prison - Reception Center**
Name: Kuentzy Williams   CDCR#: BV1467
Facility: D   Bldg.: D3A   Cell: 104L
P.O. Box: 7700
Wasco, CA 93380
**Inmate Indigent Mail**

United States District Court
333 West Broadway Suite 420
San Diego, CA 92101